UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>YULIA DUKES,<br><br>                          Defendant. | Case No.: 16CR2388-JLS<br><br>**ORDER APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

On July 8, 2021, the Federal Defenders of San Diego, Inc. filed a status report pursuant to General Order No. 692-B recommending the appointment of counsel (ECF 85). Good cause appearing, IT IS HEREBY ORDERED that Melissa Bobrow is appointed to represent Defendant for purposes of her compassionate release claim.

Defense counsel shall file Defendant's motion for a sentence reduction by **August 9, 2021**. Plaintiff shall file a response by **August 23, 2021**. At that time, the motion will be deemed submitted and the parties shall await the further order of the Court.

IT IS SO ORDERED.

Dated: July 9, 2021

                                                  Hon. Janis L. Sammartino
                                                  United States District Judge